Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00013-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL CASE |
| FREDERICK MICHAEL PIGGOTT, | |
| Defendant. | |

THIS MATTER comes before the Court upon the Government's Motion to Unseal Case. Having considered the Government's Motion and the representations made therein, and finding good cause,

IT IS HEREBY ORDERED that the Government's Motion to Unseal Case (Dkt. # 7) is GRANTED. This matter shall be UNSEALED.

DATED this 12th day of May, 2021.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1