UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK PIGOTT,<br><br>　　　　　　　Defendant. | Case No. CR21-13-RAJ<br><br>DETENTION ORDER |

Mr. Pigott is charged with two counts of felon in possession of a firearm, 18 U.S.C. § 922(g)(1); two counts of possession of a controlled substance with intent to distribute, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); and two counts of carrying a firearm during and in relation to a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i). The Court held a detention hearing on April 14, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Pigott stipulated to detention.

3. Mr. Pigott poses a risk of nonappearance due to his history of failures to appear,

DETENTION ORDER - 1

ongoing criminal activity while other charges were pending, prior criminal activity while under supervision, and association with multiple names and other personal identifiers. In addition, he was not interviewed; therefore, his personal history and ties to this district are not known.

4. Mr. Pigott poses a risk of danger due to the nature of the offense, a history of domestic violence, his criminal history, and committing new crimes while under supervision.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Pigott's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Pigott as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Pigott shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Pigott shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Pigott is

DETENTION ORDER - 2

confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Pigott, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 14th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge