The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>FREDERICK PIGOTT,<br><br>                Defendant. | NO. 2:21-cr-00013-RAJ<br><br>PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Stipulated Motion for Protective Order, and the Court, having considered the entirety of the record and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. <u>Permissible Disclosure of Protected Material.</u>

The material that is described in the Stipulated Motion is deemed "Protected Material." The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations. Possession of the Protected Material is limited to the defendant, defense counsel, as well as her investigators, paralegals, assistants, law clerks, and experts (hereinafter collectively referred to as "members of the defense team").

Members of the defense team may not provide copies of the Protected Material to other persons. The defense team will provide the discovery to the defendant by giving a

PROTECTIVE ORDER – 1
*United States v. Frederick Pigott*/2:21-cr-00013-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

copy to the FDC, which will, in turn, give access to the material to the defendant consistent with the FDC's policies and procedures.

This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Material to members of the United States Attorney's Office, federal law enforcement agencies, and to the Court and defense as necessary to comply with the government's discovery obligations.

2. <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution.

3. <u>Violation of Any Terms of this Order</u>

Any person who willfully violates this order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.

DATED this 6th day of June, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER – 2
*United States v. Frederick Pigott*/2:21-cr-00013-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970