UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>    v.<br><br>FREDERICK PIGOTT,<br><br>                    Defendant. | Case No. 2:21-cr-00013-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Frederick Pigott's Motion for Extension of Time and Sanctions Against Government Counsel. Dkt. 41. Having considered the motion, the Government's response, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Extension of Time is **GRANTED**. Defendant's Reply relating to his Motion for Reduction in Sentence shall be filed no later than October 16, 2023, and the Motion for Reduction in Sentence is re-noted for October 20, 2023. Defendant's Motion for Sanctions Against Government Counsel is **DENIED**.

DATED this 14th day of September, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1