UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>FREDERICK PIGOTT,<br><br>　　　　　　　Defendant. | Case No. 2:21-cr-00013-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Frederick Pigott's Motion for Extension of Time. Having considered the motion, the Government's response in non-opposition, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Extension of Time (Dkt. 44) is **GRANTED**. Defendant's Reply relating to his Motion for Reduction in Sentence shall be filed no later than November 3, 2023, and the Motion for Reduction in Sentence is re-noted for November 3, 2023.

DATED this 20th day of October, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1